# EXHIBIT A



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67065 | 10/31/2016 | 39584 |

| Job Date | Case No. |
|---|---|
| 10/12/2016 | 1:15-CV-01731-DCN |

| Case Name |
|---|
| Thomas Black v. General Information Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Cindy D. Hanson, Esq.
Troutman Sanders, LLP
600 Peachtree Street, NE Suite 5200
Atlanta GA  30308

Deposition Transcript/Index pages of:
   Thomas Black

| | | | | |
|---|---|---|---|---|
| Attendance - Hourly | 4.50 | Hours @ | 60.00 | 270.00 |
| Original & 1 copy | 169.00 | Pages @ | 4.50 | 760.50 |
| Videotaped deposition | 169.00 | Pages @ | 0.35 | 59.15 |
| Exhibits | 72.00 | Pages @ | 0.35 | 25.20 |
| Video - Setup and 1st hour | | | 295.00 | 295.00 |
| Video - Additional hours | 3.50 | Hours @ | 150.00 | 525.00 |
| Processing/Repository | | | 55.00 | 55.00 |

**TOTAL DUE >>>**  $1,989.85
AFTER 12/30/2016 PAY  $2,188.84

Original transcript, regular delivery.

**Tax ID:** 46-0476632

Please detach bottom portion and return with payment.

| | | | |
|---|---|---|---|
| Job No. | : 39584 | BU ID | : HLS-DC |
| Case No. | : 1:15-CV-01731-DCN | | |
| Case Name | : Thomas Black v. General Information Services, Inc. | | |
| Invoice No. | : 67065 | Invoice Date | : 10/31/2016 |
| **Total Due** | : **$1,989.85** | | |

AFTER 12/30/2016 PAY  $2,188.84

Cindy D. Hanson, Esq.
Troutman Sanders, LLP
600 Peachtree Street, NE Suite 5200
Atlanta GA  30308

Remit To:  **Henderson Legal Services, Inc.**
          **1560 Wilson Blvd, Suite 750**
          **Arlington VA  22209**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66784 | 10/5/2016 | 39425 |
| **Job Date** | **Case No.** ||
| 9/26/2016 | 1:15-CV-01731-DCN ||
| **Case Name** |||
| Thomas Black v. General Information Services, Inc. |||
| **Payment Terms** |||
| Due upon receipt |||

Cindy D. Hanson, Esq.  
Troutman Sanders, LLP  
600 Peachtree Street, NE Suite 5200  
Atlanta GA  30308

Deposition Transcript/Index pages of:
    Wholesale Screening Solutions, LLC (Daniel L. Agee)

| | | | | |
|---|---:|---|---:|---:|
| Original & 1 copy | 355.00 | Pages @ | 5.35 | 1,899.25 |
| Videotaped deposition | 355.00 | Pages @ | 0.35 | 124.25 |
| Exhibits | 185.00 | Pages @ | 0.35 | 64.75 |
| Video - Setup and 1st hour | | | 275.00 | 275.00 |
| Video - Additional hours | 6.50 | Hours @ | 95.00 | 617.50 |
| Processing/Repository | | | 55.00 | 55.00 |

    **TOTAL DUE  >>>**    **$3,035.75**  
    AFTER 12/4/2016  PAY    $3,339.33

Original transcript, expedited 5 business day delivery.

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

---

Cindy D. Hanson, Esq.  
Troutman Sanders, LLP  
600 Peachtree Street, NE Suite 5200  
Atlanta GA  30308

Job No.         : 39425                BU ID         : HLS-DC  
Case No.        : 1:15-CV-01731-DCN  
Case Name       : Thomas Black v. General Information Services, Inc.  
Invoice No.     : 66784                Invoice Date  : 10/5/2016  
**Total Due**   : **$3,035.75**

  AFTER 12/4/2016  PAY  $3,339.33

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA  
Cardholder's Name:  
Card Number:  
Exp. Date:        Phone#:  
Billing Address:  
Zip:        Card Security Code:  
Amount to Charge:  
Cardholder's Signature:  
Email:

Remit To:   **Henderson Legal Services, Inc.**  
            **1560 Wilson Blvd, Suite 750**  
            **Arlington VA  22209**



**CREEL COURT REPORTING, INC.**
1230 Richland Street
Columbia, SC 29201
**(803) 252-3445**

11/29/2016                                               Tax ID: 57-1016805

                                                  INVOICE NO.    16-2800

Cindy D. Hanson, Esquire
Troutman Sanders, LLP                              Attorney for Defendant
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia 30308-2216


**RE:** Thomas Black vs. GIS, Inc.                                  0.00
C/A No. 1:15-cv-1731
                                                                    0.00
ONE COPY - Deposition(s) of:

    Jamie F. Pelchat                                       502.50
    Postage                                                 10.00
    Condensed Transcript/Key Word Index                      0.00


We accept:                          Total                      $512.50

                                    Payments/Credits             $0.00

                                    Balance Due                $512.50

### THANK YOU!
/cd                    (Please return copy with remittance)

Visit Us On the Web and Book Your Upcoming Depositions Online at www.creelreporting.com



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67402 | 11/30/2016 | 39584 |

| Job Date | Case No. | |
|---|---|---|
| 10/12/2016 | 1:15-CV-01731-DCN | |

| Case Name |
|---|
| Thomas Black v. General Information Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Cindy D. Hanson, Esq.
Troutman Sanders, LLP
600 Peachtree Street, NE Suite 5200
Atlanta GA  30308

**Deposition Of:**

Thomas Black

| | | | | |
|---|---|---|---|---|
| Synchronized video | 2.50 Hours | @ | 45.00 | 112.50 |
| Shipping & handling | | | 30.00 | 30.00 |

**TOTAL DUE >>>**     $142.50
AFTER 1/29/2017  PAY     $156.75

**Tax ID:** 46-0476632

Please detach bottom portion and return with payment.

---

Cindy D. Hanson, Esq.
Troutman Sanders, LLP
600 Peachtree Street, NE Suite 5200
Atlanta GA  30308

Job No.      : 39584         BU ID      : HLS-DC
Case No.     : 1:15-CV-01731-DCN
Case Name    : Thomas Black v. General Information Services, Inc.
Invoice No.  : 67402          Invoice Date  : 11/30/2016
**Total Due**    : **$142.50**

 AFTER 1/29/2017  PAY  $156.75

Remit To:   **Henderson Legal Services, Inc.**
            **1560 Wilson Blvd, Suite 750**
            **Arlington VA  22209**

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



**CREEL COURT REPORTING, INC.**
1230 Richland Street
Columbia, SC 29201
**(803) 252-3445**

11/22/2016                                    Tax ID: 57-1016805

                                              INVOICE NO.    16-2787
Cindy D. Hanson, Esquire
Troutman Sanders, LLP                         Attorney for Defendant
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia 30308-2216


**RE:** Thomas Black vs. GIS, Inc.                          0.00
C/A No. 1:15-cv-1731
                                                            0.00
ONE COPY - Deposition(s) of:
Date of Deposition: 11.18.16

    Ashley Hardister                                504.60
    Randy Strange                                   243.60
    Exhibits (111 pages)                              3.30
    Color Exhibits (10 pages)                        15.00
    Exhibits (8.5 x 14 16 pages)                      8.00
    Exhibits (11 x 17 56 pages)                      33.60
    Postage                                          15.00
    E-Transcript                                      0.00
    Condensed Transcript/Key Word Index               0.00


We accept:                      Total              $823.10
MasterCard  VISA                Payments/Credits     $0.00
                                Balance Due        $823.10

**THANK YOU!**
/cd              **(Please return copy with remittance)**

Visit Us On the Web and Book Your Upcoming Depositions Online at www.creelreporting.com

# INVOICE

U.S. Legal Support - SF
44 Montgomery Street
Suite 550
San Francisco CA  94104
Phone:415-362-4346   Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110027092 | 3/26/2017 | 560657 |
| **Job Date** | **Case No.** | |
| 3/9/2017 | 1:15-cv-01731 | |

| Case Name |
|---|
| Thomas Black v. General Information Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Cindy Hanson
Troutman Sanders LLP
600 Peachtree Street
Suite 5200
Atlanta GA  30308

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Chris Lemens | 222.00 Pages | @ | 3.45 | 765.90 |
| Exhibit | 340.00 Pages | @ | 0.60 | 204.00 |
| Condensed Transcript | | | 29.50 | 29.50 |
| Handle/Process | | | 45.00 | 45.00 |
| Litigation - Support Package | | | 39.00 | 39.00 |
| Shipping | | | 20.00 | 20.00 |

TOTAL DUE  >>>     $1,103.40
AFTER 5/10/2017  PAY     $1,268.91

Online bill pay available at www.uslegalsupport.com

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:     1,103.40

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                Phone: 404-885-3000    Fax:

*Please detach bottom portion and return with payment.*

Cindy Hanson
Troutman Sanders LLP
600 Peachtree Street
Suite 5200
Atlanta GA  30308

Job No.      : 560657         BU ID       : 45-SF
Case No.     : 1:15-cv-01731
Case Name    : Thomas Black v. General Information Services, Inc.
Invoice No.  : 110027092     Invoice Date : 3/26/2017
**Total Due** : **$1,103.40**

Remit To:    **U.S. Legal Support (CA Reporting)**
             **P.O. Box 4772-11**
             **Houston TX   77210-4772**

**PAYMENT WITH CREDIT CARD**         AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____    Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

# INVOICE

DATE: 6/30/2017
INVOICE # 061617-700315

**Bill To:** Cindy D. Hanson Esq.
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

**CASE:** Thomas Black v. General Information Solutions LLC
**WITNESS:** Evan Hendricks
**DATE:** 6/16/2017
**LOCATION:** Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 194 | $4.50 | $873.00 |
| Reporter Appearance Fee / Session | 2 | $45.00 | $90.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 618 | $0.10 | $61.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,024.80 |
| | | SHIPPING & HANDLING | $17.50 |
| | | TOTAL | $1,042.30 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Huseby.com
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 189206 | 6/15/2017 | 167843 |

| Job Date | Case No. | |
|---|---|---|
| 6/1/2017 | 1:15 CV 01731 DCN | |

| Case Name | | |
|---|---|---|
| Thomas Black vs. General Information Solutions, LLC | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt, after 30 days 1.5% fee | | |

Ross D. Andre, Esq.
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA  30308-2216

ORIGINAL TRANSCRIPT OF:

   Peggy Foley Jones     853.65

**TOTAL DUE  >>>**      **$853.65**

Thank you for choosing Huseby!

***Please note new remit to address***

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    853.65

Tax ID: 31-1763752     Phone: 404-885-3000    Fax:404-885-3900

*Please detach bottom portion and return with payment.*

Ross D. Andre, Esq.
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA  30308-2216

Job No.      : 167843     BU ID : Atlanta
Case No.     : 1:15 CV 01731 DCN
Case Name    : Thomas Black vs. General Information Solutions, LLC
Invoice No.  : 189206     Invoice Date : 6/15/2017
**Total Due**    : **$853.65**

Remit To: **Huseby, Inc.**
**P.O. Box 6180**
**Hermitage, PA  16148-0922**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:     Phone#:
Billing Address:
Zip:     Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



# INVOICE

**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

DATE: 8/18/2017
INVOICE # 080817-701178

**Bill To:** Ross D. Andre Esq.
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

**CASE:** Thomas Black v. General Information Solutions LLC
**WITNESS:** Rebecca E. Kuehn
**DATE:** 8/8/2017
**LOCATION:** Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 166 | $3.35 | $556.10 |
| Certified Transcript - 4 Day Delivery | 166 | $2.10 | $348.60 |
| Rough Transcript | 166 | $1.50 | $249.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 120 | $0.10 | $12.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,165.70 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,215.70 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**